IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00642-AP

JULIE WALKER, obo JULIE A. WILSON, deceased,
     Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
|  | Sarah Van Arsdale Berry |
| Michael W. Seckar | Social Security Administration |
| 402 W. 12th Street | Assistant Regional Counsel |
| Pueblo, CO 81003 | Office of General Counsel |
| Telephone: (719) 543-8636 | Region VIII |
| FAX: (719) 543-8403 | 1961 Stout, Suite 4169 |
| E-mail: seckarlaw@mindspring.com | Denver, CO 80294 |
|  | Telephone: (303) 844-1570 |
|  | Facsimile: (303) 844-0770 |
|  | sarah.berry@ssa.gov |

**2.**    **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

    **A.      Date Complaint Was Filed:      March 3, 2014**

    **B.      Date Complaint Was Served on U.S. Attorney's Office:  April 2, 2014**

    **C.      Date Answer and Administrative Record Were Filed: May 20, 2014**

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Defendant states that the record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7.      OTHER MATTERS**

The parties state that there are no other matters.

**8.      BRIEFING SCHEDULE**

The parties agreed to the following schedule:

    **A.      Plaintiff's Opening Brief Due:         July 21, 2014**

    **B.      Defendant's Response Brief Due:       August 21, 2014**

    **C.      Plaintiff's Reply Brief (If Any) Due:    September 5, 2014**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

    **A.      Plaintiff's Statement:**      Plaintiff does not request oral argument.

    **B.      Defendant's Statement:**     Defendant does not request oral argument.

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

   A.    ( X )    **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B.    (   )    **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

   DATED this 9th day of June, 2014.

                                                                BY THE COURT:

                                                                *s/John L. Kane*
                                                                U.S. DISTRICT COURT JUDGE

                                                                JOHN F. WALSH
APPROVED:                                                       UNITED STATES ATTORNEY

                                                                J. BENEDICT GARCÍA
                                                                Assistant United States Attorney
                                                                United States Attorney's Office
                                                                District of Colorado

s/ Michael W. Seckar                                            *s/ Sarah Van Arsdale Berry*
Michael W. Seckar, No. 12011                                    Sarah Van Arsdale Berry
402 W. 12th Street                                              Assistant Regional Counsel
Pueblo, CO  81003                                               Social Security Administration
Telephone: (719) 543-8636                                       Office of General Counsel, Region VIII
FAX: (719) 543-8403                                             1961 Stout, Suite 4169
E-mail: seckarlaw@mindspring.com                                Denver, CO 80294
                                                                Telephone: (303) 844-1570
                                                                Facsimile: (303) 844-0770
                                                                sarah.berry@ssa.gov