**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  14-cv-00642-MSK

JULIE WALKER, on behalf of other Julie A. Wilson, deceased,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**FINAL JUDGMENT**

---

The oral findings and conclusions made in open court by Chief Judge Marcia S. Krieger, on July 30, 2015, are incorporated herein by reference.  Consistent therewith it is

**ORDERED** that the Decision of  the Commissioner is **REVERSED.**  This matter is **REMANDED**  for further reconsideration  by the administrative law judge in accordance with the oral findings of the Court.  Any request for costs or attorney fees shall be made within 14 days of the date of this judgment.

    Dated at Denver, Colorado this 31st day of July 2015.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                      s/Patricia Glover

                                      Patricia Glover
                                      Deputy Clerk